Louisiana Farm Supply Company, Plaintiff-Appellant, v. James Carroll, Defendant-Appellee.

Gen. No. 10,595. ▮▮▮▮▮▮▮▮▮▮

Fourth District.
March 19, 1965.

Charles Clayton, Clayton & Mattern, of Clarksville, Missouri, for appellant; J. Clark Anderson, for appellee. Opinion by JUSTICE CRAVEN. Not to be published in full.